May 15, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

IN THE MATTER OF THE MARRIAGE OF LISA MARIE MCNELLY AND STEPHEN E. MCNELLY AND IN THE INTEREST OF A.M.M, A CHILD,

NO. 14-13-00281-CV

_____

This cause, an appeal from the divorce decree signed November 21, 2012, was heard on the transcript of the record. We have inspected the record and find the trial court erred in characterizing as community property the proceeds from the sale of Rockin R Gasworks that were deposited into joint brokerage accounts and in characterizing as community property the paintings "Move'em Out," "Upstream in a Hurry," and "El Gringo." We therefore order that the portions of the divorce decree that divided Mr. and Mrs. McNelly's marital estate are **REVERSED** and ordered severed and **REMANDED** for proceedings in accordance with this court's opinion.

Further, we find no error in the remainder of the judgment and order it **AFFIRMED**.

We order that each party shall pay its costs by reason of this appeal.

We further order this decision certified below for observance.